# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

159489

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

AMY LAYMAN and JOSEPH LAYMAN,
      Plaintiffs-Appellees,

v

MICHAEL G. SHAHEEN, D.O., and
MICHAEL G. SHAHEEN, D.O., P.C.,
      Defendants-Appellants.

SC: 159489
COA: 345799
Genesee CC: 16-107034-NH

_____/

      On order of the Court, the application for leave to appeal the March 20, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019



Clerk

p0911